IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00392-ZLW-MJW

JUDY THIELEN,

Plaintiff(s),

v.

THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Vacate Scheduling Conference (Docket No. 11) is granted.  The Scheduling Conference set for April 30, 2007, at 9:30 a.m. is VACATED.  It is further

ORDERED that on or before May 21, 2007,  the parties shall file a stipulation or motion to dismiss with prejudice with Judge Weinshienk, pursuant to Fed. R. Civ. P. 41(a), or a status report addressing why dismissal has not been accomplished.

Dated: April 27, 2007