IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-00392-ZLW-MJW

JUDY THIELEN,

    Plaintiff,

v.

THE HARTFORD FINANCIAL SERVICES GROUP, INC.,
CONTINENTAL CASUALTY COMPANY, and
NATIONAL CITY CORPORATION WELFARE BENEFITS PLAN,

    Defendants.

_____

ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Joint Stipulation For Dismissal signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own legal fees and costs.

    DATED at Denver, Colorado, this   9   day of May, 2007.

                                           BY THE COURT:

                                           _____
                                           ZITA L. WEINSHIENK, Senior Judge
                                           United States District Court